

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Glenda Laverne Harris, individually and as trustee on behalf of the Glenda Laverne Harris Living Trust,

\* From the 29th District Court of Palo Pinto County, Trial Court No. C48338.

Vs. No. 11-20-00164-CV

\* May 12, 2022

Charles Milling and Karen A. Milling,

\* Memorandum Opinion by Williams, J. (Panel consists of: Bailey, C.J., Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Glenda Laverne Harris, individually and as trustee on behalf of the Glenda Laverne Harris Living Trust.